168 A.3d 60

**FARMER**

v.

**GREEN**

**Pet. Docket No. 99, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 59, Sept. Term, 2016).

Petition for writ of certiorari denied

■

168 A.3d 60

**FOSTER, Jermell Lamont**

v.

**STATE of Maryland**

**Pet. Docket No. 166, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 102, Sept. Term, 2016).

Petition for writ of certiorari denied